John Wilczewski and Stephania Wilczewski, Appellants, v. American Central Insurance Company, Appellee.

Gen. No. 44,891.

Harvey L. Cavender and Charles J. Grablowski, for appellants; Samuel Levin, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 20, 1950; released for publication March 7, 1950.

